# United States District Court
# District of Massachusetts

ANDREW DAVENPORT,
    Plaintiff,

v.                              CIVIL ACTION NO. 12–11013-DJC

MASSACHUSETTS DEPARTMENT
    OF CORRECTIONS, ETC. ET AL.,
    Defendants.

## *REPORT AND RECOMMENDATION ON MASSACHUSETTS DEPARTMENT OF CORRECTION NAMED DEFENDANTS' VERONICA MADDEN, ANTHONY MENDOSA, AND DOUGLAS BOWER'S LIMITED APPEARANCE MOTION TO DISMISS FOR FAILURE TO EFFECTUATE SERVICE ACCORDING TO FED.R.CIV.P. 4(m) (#17)*

COLLINGS, U.S.M.J.

I RECOMMEND that the Massachusetts Department of Correction [DOC] Named Defendants' Veronica Madden, Anthony Mendosa, and Douglas Bower's *Limited Appearance* Motion to Dismiss for Failure to Effectuate Service According to Fed.R.Civ.P. (#17) be DENIED. The *pro se* prisoner plaintiff was unable to effectuate service because two of the officials, i.e., Madden and Bower, had been transferred to other DOC facilities and defendant Mendosa no longer worked for the DOC. Subsequently, in response to the Court's Procedural Order (#27), the DOC revealed present places of employment for Madden and Bower and agreed to accept service for Mendosa. (#34)

Accordingly, I FURTHER RECOMMEND that a directive be issued to PSSA 1 (Rebecca Greenberg, Esquire) that new summons packages for Madden and Bower be mailed to the plaintiff for him to fill out and return to the U.S. Marshal for service at current places of employment of these defendants.

The parties are hereby advised that any party who objects to these recommendations must file a specific written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendations, or report to which objection is made and the basis for

such objections.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review.  *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 27, 2012.