# United States District Court
# District of Massachusetts

ANDREW DAVENPORT,
    Plaintiff,

v.                                              CIVIL ACTION NO. 12–11013-DJC

MASSACHUSETTS DEPARTMENT
    OF CORRECTIONS, ETC. ET AL.,
    Defendants.

# REPORT AND RECOMMENDATION ON MOTION FOR DEFAULT JUDGMENT (#20)

COLLINGS, U.S.M.J.

I RECOMMEND that the Motion for Default Judgment (#20) be DENIED without prejudice. A Notice of Default was issued to the Massachusetts Department of Correction [DOC] on December 21, 2012, *see* #29, and unless the DOC obtains the removal of the default within a reasonable time, the plaintiff may then file a new motion for default judgment.

The parties are hereby advised that any party who objects to this

recommendation must file a specific written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 27, 2012.